FILED
CLERK, U.S. DISTRICT COURT

JUN 28 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| UNITED STATES OF AMERICA, | CR 19-00389-DSF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| JAMES ISLAS, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about May 30, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES ISLAS knowingly received, onto a Samsung Android cellular phone, bearing FCC ID No. A3LSMN910H (the "Samsung Cell Phone"), child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and, using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

1    The child pornography that defendant ISLAS received on the
2  Samsung Cell Phone consisted of a video titled "2014-09 – Two Lesbian
3  mov 0215 Emma and little sis.avi."

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about June 16, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES ISLAS knowingly received, onto a Samsung Android cellular phone, bearing FCC ID No. A3LSMN910H (the "Samsung Cell Phone"), child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and, using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant ISLAS received on the Samsung Cell Phone consisted of an image titled "40452351QFm.jpeg."

COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about June 21, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES ISLAS knowingly possessed a Dropbox account, associated with email address malditopeda@gmail.com (the "Dropbox Account"), which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

1          The child pornography that defendant ISLAS possessed in the

2    Dropbox Account included, but was not limited to, images titled:

3          1.   "dgZ9RNB1NPw.jpg"; and

4          2.   "tara 8yr 981.jpg."

5                                    A TRUE BILL

6

7                                    /S/
                                     _____

8                                    Foreperson

9    NICOLA T. HANNA
     United States Attorney
10
     Scott M. Garringer
11   Deputy Chief, Criminal Division For:

12   BRANDON D. FOX
     Assistant United States Attorney
13   Chief, Criminal Division

14   JUSTIN R. RHOADES
     Assistant United States Attorney
15   Chief, Violent & Organized Crime
     Section
16
     JEFF MITCHELL
17   Assistant United States Attorney
     Deputy Chief, Violent & Organized
18   Crime Section

19

20

21

22

23

24

25

26

27

28